UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

CHRISTOPHER SHANE MCDONALD

        Plaintiff,

v.                                                            CIVIL ACTION NO.  20-cv-3413

THE PRUDENTIAL INSURANCE                    Judge Susie Morgan
COMPANY OF AMERICA INSURANCE
COMPANY & DRIL-QUIP, INC.                      Magistrate Judge Michael North

        Defendants.

---

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

        Counter-Plaintiff and
        Third-Party Plaintiff,

v.

CHRISTOPHER SHANE MCDONALD,
Individually and as Administrator of the
Succession of Christopher Jay McDonald,

        Counter-Defendant,

And

MARIA INEZ DRIVER WILLIIAMS

---

**STIPULATION OF DISMISSAL OF ACTION**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

PLEASE TAKE NOTICE that the parties in the above-referenced action have resolved the claims outside of Court and the action is hereby voluntarily dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice.

Respectfully Submitted,

*/s/ David Pellegrin*
David C. Pellegrin, T.A. (#34957)
3500 North Hullen Street
Suite 17D
Metairie, LA 70002
Tel: 504-405-3245
Fax:1-866-651-8738
jal@baverlaw.com
*Counsel for Plaintiff Christopher Shane McDonald*

*/s/ Judy L. Burnthorn*
Judy L. Burnthorn (#17496)
DEUTSCH KERRIGAN L.L.P.
755 Magazine Street
New Orleans, LA 70130
Tel: 704-594-0688
Fax: 504-566-4088
jburnthorn@deutschkerrigan.com
*Counsel for Defendant the Prudential Insurance Company of America*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of November, 2021, the foregoing document has been filed with the Clerk of the Court using the Court's ECF System, which provides service of the foregoing of all counsel of record who have entered an appearance in this case.

*/s/ Judy L. Burnthorn*
_____
JUDY L. BURNTHORN